# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | 5:04-CR-23 (WDO) |
| LEON JACKSON, : | 5:06-CV-257 |
| : | |
| **Defendant** : | |

## ORDER

Defendant's motion to withdraw his 28 U.S.C. § 2255 petition having been carefully considered, and there being no objection thereto, the motion is granted and the § 2255 petition is DISMISSED.

SO ORDERED this 21st day of December, 2006.

S/
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**